Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-08-00426-CR

**EX PARTE** Edgar **CRUZ**

From the Criminal Magistrate's Court, Bexar County, Texas
Trial Court No. 2008-W-0141
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:      Alma L. López, Chief Justice
               Catherine Stone, Justice
               Karen Angelini, Justice

Delivered and Filed:   July 30, 2008

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH